AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

United States Courts
Southern District of Texas
FILED
July 28, 2025
Nathan Ochsner, Clerk of Court

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 4:25-mj-0456 |
|  | ) |
|  | ) |
| Sterling Hester | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **June 24, 2025** in the county of **Harris** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 924(c)(1)(A)(ii) | Brandishing of a Firearm in Furtherance of a Crime of Violence. |
| 18 U.S.C. § 2119 | Carjacking. |
| 18 U.S.C. § 1201 | Kidnapping. |

This criminal complaint is based on these facts:

See the attached affidavit

☒ Continued on the attached sheet.

*Complainant's signature*

FBI Special Agent Joseph T. Oppedisano
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: 07/28/2025

*Judge's signature*

City and state: Houston, Texas

U.S. Magistrate Judge Richard W. Bennett
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE ARREST OF: § § § | | |
| STERLING HESTER | § § § MAGISTRATE NO. | **4:25-mj-0456** |

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Joseph T. Oppedisano, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since March 2019. I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2516. I am currently assigned to the FBI Houston Division Field Office as part of the Violent Crimes Task Force. I have participated in investigations of RICO, murder for hire, assaults on federal officers, Hobbs Act violations, felon in possession, violent crimes, drug trafficking, and violations of federal firearms laws, among other things. I have also conducted or participated in surveillances, the execution of search warrants, debriefings of informants and reviews of recorded conversations. Through my training, education, and experience, including conversations with other law enforcement officers, I have become familiar with the patterns of activity regarding aggravated robbery suspects and the methods they employ to plan, coordinate, and conduct these robberies. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

2. This Affidavit is made in support of a criminal complaint charging **STERLING HESTER** with Kidnapping in violation of Title 18 U.S.C. § 1201, Carjacking in violation of

Title 18 U.S.C. § 2119, and Brandishing a Firearm in violation of Title 18 U.S.C. § 924. I am familiar with the information contained in this Affidavit based upon the investigation I have personally conducted and my conversations with other law enforcement officers involved in this investigation.

3. Because this Affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause that violations of Title's 18 U.S.C. § 1201, § 924, and § 2119 have been committed by STERLING **HESTER**.

## PROBABLE CAUSE

4. The FBI Houston Violent Crimes Task Force (VCTF) is investigating a kidnapping and carjacking that occurred in Houston, Texas. The investigation concerns possible violations of Title 18 U.S.C. §§ 1201 (Kidnapping), 2119 (Carjacking), and 924 (Brandishing a Firearm in Furtherance of a Crime of Violence), by STERLING **HESTER**.

5. On June 24, 2025, DANISHA **WASHINGTON** ("**Victim 1**") was visiting Houston, TX from Oklahoma for a potential job. **Victim 1**, not familiar with the Houston area, stopped at a stop sign in the 4200 block of Botany Lane, Houston, Texas. **Victim 1** was operating a 2014 Kia Optima with Oklahoma Tag PZK875 registered in **Victim 1's** name. **Victim 1** was attempting to find her destination in her GPS system when an unknown black male subject, who was later identified as STERLING **HESTER** ("**Subject 1**"), walked up to her vehicle, opened her passenger door, and pointed a black handgun at her. **Subject 1** got into the passenger seat of her vehicle and told her to drive the vehicle while holding the gun to her side. **Subject 1** told **Victim 1** to drive to a hotel

2

where they both would stay. **Victim 1** informed **Subject 1** that she was low on gas and needed to fill her tank.

6. **Subject 1** allowed her to pull into an Exxon Gas Station located at 2665 Reed Road, Houston, Texas and parked at pump 5. **Victim 1** departed the vehicle and went inside the store while **Subject 1** stayed in the vehicle. **Victim 1** inside the establishment alerted the employee behind the counter that the **Subject 1** who was in her vehicle, was holding her against her will and had a gun. **Subject 1** noticed her speaking to the employee and assumed she had told the worker to call the police. **Subject 1** exited the vehicle, came into the store, approached **Victim 1** who retreated behind the counter and a struggle ensued. **Subject 1** pushed the victim to the ground, forcing her to drop the keys. **Subject 1** then retrieved the keys, ran back to her vehicle, and drove away from the gas station. During the struggle, **Victim 1** suffered from minor bruises from being pushed to the ground along with a small laceration to her right thigh. Victim 1 stated she was in fear for her life during the entire incident. **Victim 1's** vehicle was located on June 25, 2025, at approximately 5:00 AM CST abandoned.

7. A crime stoppers tip came in with the name STERLING **HESTER** and date of birth August 19, 1998. FBI and TFOs took the name and ran his information through the Harris County District Attorney page which provided the subject's criminal history. This also produced a photo of **HESTER**, which agents compared to the gas station surveillance video. Agents found the individuals to be the same person based off of facial characteristics.

8. Agents of the FBI conducted independent research on Victim 1's vehicle VIN number KNAGM4A75E5484325 and located that the vehicle was made in Seoul, South Korea manufacturing plant for Kia Motor Corporation.

### Surveillance Photos



### Harris County District Attorney Page Photos



### CONCLUSION

9. Based upon the information delineated above, I believe that probable cause exists for the issuance of a Criminal Complaint charging STERLING **HESTER** with Kidnapping in violation of Title 18 U.S.C. § 1201, Motor Vehicles in violation of Title18 U.S.C. § 2119, and Brandishing a Firearm in violation of Title 18 U.S.C. § 924.

Respectfully submitted,

Joseph T. Oppedisano

4

Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me telephonically on <u>July 28,</u> 2025.

_____
Honorable Richard W. Bennett
United States Magistrate Judge
Southern District of Texas

5